UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK 
---------------------------------------------------
UNITED STATES OF AMERICA,

**ORDER**

-vs-

CR-06-650(FB)

**Oscar Alfonso Monsalve Penagos ,**
     Defendant.

---------------------------------------------------

IT IS HEREBY ORDERED that the entire case shall be unsealed.



SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       April 15, 2008